UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES P. COLLITON,

            Plaintiff,

-against-

ANNE MARIE DONNELLY, et al.,

            Defendants.

No. 07 Civ. 1922 (LTS) (THK)

### ORDER

In the light of the Manhattan District Attorney's November 15, 2007, correspondence, the Clerk of Court is respectfully requested to return the above-referenced case to the Court's active docket. This matter has been referred to Magistrate Judge Katz for general pre-trial management, as well as for dispositive motion practice. Any such issues relating to those matters shall be addressed directly to Judge Katz.

SO ORDERED.

Dated: New York, New York
November 19, 2007

LAURA TAYLOR SWAIN
United States District Judge