UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

James P. Colliton,

                      Plaintiffs,

    -v-

Ann Marie Donnelly, et al.,

                      Defendant.

------------------------------------------------------------------X

LAURA TAYLOR SWAIN, District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 9 2007

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 1922 (LTS)(THK)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement* (Principals to participate as required by Magistrate Judge)

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

____ Habeas Corpus

____ Social Security

__X__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               November 19, 2007

                                          LAURA TAYLOR SWAIN
                                          United States District Judge