UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JAMES COLLITON,

                Plaintiff,

      -against-                07 Civ. 1922 (LTS)(THK)

ANN MARIE DONNELLY, RACHEL LAUREN
HOCHHAUSER, and ROBERT M. MORGENTHAU,

                        **SCHEDULING ORDER**

                Defendants.
----------------------------------------X

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

    This case having been referred to this Court for general pretrial supervision and Reports and Recommendations on dispositive motions; it is hereby ORDERED:

1. Defendants' Motion to Dismiss shall be filed by January 14, 2008.

2. Plaintiff's response shall be filed by February 14, 2008.

3. Defendants' reply to the Motion shall be filed by February 28, 2008.

4. All discovery is stayed until the Motion to Dismiss is resolved.

SO ORDERED.

                                          THEODORE H. KATZ
                                        UNITED STATES MAGISTRATE JUDGE

Dated: November 27, 2007
       New York, New York

1

COPIES MAILED
TO COUNSEL OF RECORD ON 11/27/07