DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
JAMES P. COLLITON,                       :
                                         :
                    Plaintiff,           :    (PRO SE)
                                         :
        -against-                        :    07 Civ. 1922 (LTS)(THK)
                                         :
                                         :
ANN MARIE DONNELLY, RACHEL LAUREN        :
HOCHHAUSER, and ROBERT M. MORGENTHAU,    :
                                         :    ORDER
                                         :
                                         :
                    Defendants.          :
-----------------------------------------X
```

**Theodore H. Katz, United States Magistrate Judge.**

Plaintiff, James Colliton, proceeding pro se, brings this action pursuant to 42 U.S.C. § 1983, against New York County District Attorney Robert M. Morgenthau, and Assistant District Attorneys Ann Marie Donnelly and Rachel Lauren Hochhauser (collectively "Defendants"). The action had been stayed during the pendency of Plaintiff's criminal proceeding. That proceeding has now been concluded and the stay has been lifted. Accordingly, the Court held a conference with the parties today, and the following matters were addressed and resolved:

1. Defendants have agreed to withdraw their motion to dismiss, alleging inadequate service of process. Service has been accepted on behalf of all Defendants. Accordingly, Defendants' motion to dismiss, **Docket Entry # 10, is deemed withdrawn.**

2. On June 11, 2007, this Court issued a Report and Recommendation with respect to a series of motions for preliminary relief filed by Plaintiff. Plaintiff filed objections to the

COPIES MAILED
TO COUNSEL OF RECORD ON 11/27/07

Report and Recommendation, and the District Court stayed its decision on the Report and Recommendation while the case was on the Suspense Docket. Plaintiff now concedes that the motions that were addressed by the Report and Recommendation are moot. Accordingly, **the District Court need not rule on Plaintiff's objections and the following motions are denied as moot: Docket Entries # 3, 6, 7, 13, 14, 15, and 16.**

    3. Plaintiff has agreed to withdraw Claims 5 and 7 in the Complaint. Accordingly, Claims 5 and 7 are deemed withdrawn.

    4. By separate order, a schedule will be set for the submission of a motion to dismiss.

    So ordered.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Dated: November 27, 2007
       New York, New York