DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JAMES P. COLLITON,                       :
                                         :
                    Plaintiff,           :      (PRO SE)
                                         :
        -against-                        :      07 Civ. 1922 (LTS)(THK)
                                         :
                                         :
ANN MARIE DONNELLY, RACHEL LAUREN        :
HOCHHAUSER, and ROBERT M. MORGENTHAU,    :
                                         :      ORDER
                                         :
                                         :
                    Defendants.          :
----------------------------------------X
```

**Theodore H. Katz, United States Magistrate Judge.**

Following a conference with the parties, on November 27, 2007, the Court issued an Order concluding that the following motions, filed while Plaintiff was still incarcerated, are now moot in light of his release from the custody of the New York City Department of Corrections: Docket Entries # 3, 6, 7, 13, 14, 15, and 16. The same reasoning applies to the following additional motions, overlooked in the November 27 Order, which were also filed while Plaintiff was incarcerated:

Docket Entry # 4 - Motion for a Protective Order

Docket Entry # 8- Motion for an Order to Cease and Desist

Docket Entry # 12 - Motion for an Order to Cease Attempting to Murder

Docket Entry # 17 - Motion for an Order to Cease and Desist

Accordingly, the motions identified as Docket Nos. 4, 8, 12, and 17 are denied as moot.

COPIES MAILED
TO COUNSEL OF RECORD ON  11/30/07

So ordered.

_____
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE


Dated: November 30, 2007
       New York, New York