

**DISTRICT ATTORNEY**
**OF THE**
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N.Y. 10013
(212) 335-9000

ROBERT M. MORGENTHAU
DISTRICT ATTORNEY

July 8, 2008

**BY FAX**

Honorable Theodore H. Katz
United States Magistrate Judge
United States Court House
500 Pearl Street, Room 1660
New York, NY 10007

Re:  James P. Colliton v. Ann Marie Donnelly, et al., 07 Cv. 1922 (LTS) (THK)

Your Honor:

This letter is sent in connection with the above-captioned matter, a case brought pursuant to 42 U.S.C. § 1983 against Robert M. Morgenthau, District Attorney of New York County, and Ann Marie Donnelly and Rachel Lauren Hochhauser, both of whom are Assistant District Attorney for New York County (collectively the "DA Defendants").

Due to a unexpected scheduling conflict that has arisen, I am writing to request a 7-day extension of time to respond to the Second Amended Complaint on behalf of the DA Defendants. Presently, the DA Defendants' response is due on July 16, 2008. If this application is granted, the DA Defendants' response – a motion to dismiss – will be due on July 23, 2008; plaintiff's response will be due on August 25, 2008; and the DA Defendants' reply will be due on September 5, 2008.

This is the DA Defendants' second request for an extension of time to respond to the Second Amended Complaint. Because plaintiff is proceeding pro se, his consent to this application has not been sought nor obtained.

Respectfully submitted,

Michael S. Morgan
Senior Appellate Counsel
Director, Civil and Federal Litigation Unit
(212) 335-9371 (telephone)
(212) 335-9288 (facsimile)

cc:  James P. Colliton, plaintiff pro se
     28 Milbank Road
     Poughkeepsie, New York 12603
     (by mail)

*The request is granted.*

**SO ORDERED**
7/14/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 7/14/08

TOTAL P.02