

RECEIVED JUL 15 2008 CHAMBERS OF THEODORE H. KATZ US MAGISTRATE JUDGE

28 Millbank Road
Poughkeepsie, NY 12603

July 15, 2008

James P. Colliton v. Ann Marie Donnelly, et al.,
No. 07 Civ. 1922 (LTS) (THK)

**MEMO ENDORSED**

Dear Judge Katz:

    I am writing to respond to defendants' July 8, 2008, letter (the "Letter") to Your Honor regarding my Second Amended Complaint.

    My Second Amended Complaint was filed on May 16, 2008 (Docket Sheet Entry No. 41).

    Defendants' deadline for responding to my Second Amended Complaint was originally June 16, 2008 (Docket Sheet Entry No. 36).

    In defendants' June 10, 2008, letter to Your Honor, Mr. Morgan requested a 30-day extension of time (until July 16, 2008), and the ability to submit 40 pages (instead of 25). In such letter, Mr. Morgan added: "Of course, the DA Defendants will have no objection should plaintiff seek a similar extension in responding to the DA Defendants' motion to dismiss." Your Honor granted Mr. Morgan's requests (Docket Sheet Entry No. 42).

    In the Letter, Mr. Morgan seeks yet another extension, until July 23, 2008.

    Assuming Your Honor grants such additional request, Mr. Morgan will have the benefit of (1) taking 67 days to respond to my Second Amended Complaint (May 16, 2008, through July 23, 2008), and (2) utilizing 40 pages to respond to my 25 page Second Amended Complaint.

    Accordingly, I hereby request (1) 67 days to respond to Mr. Morgan's motion to dismiss, until September 30, 2008, and (2) 40 pages to so respond. As noted above, Mr. Morgan has already stated that he does not object to my requests.

COPIES MAILED
TO COUNSEL OF RECORD ON 7/17/08

Respectfully,

*James Colliton*

James Colliton
Plaintiff *pro se*
28 Millbank Road
Poughkeepsie, NY 12603
(845) 518-0754

The Honorable Theodore H. Katz
 United States Magistrate Judge
  United States District Court
   Southern District of New York
    United States Courthouse
     500 Pearl Street
      New York, New York 10007-1312

VIA FACSIMILE (212) 805-7932

Copy to:

District Attorney of the County of New York
 One Hogan Place
  New York, New York 10013
   Attn: Michael S. Morgan, Esq.

VIA FACSIMILE (212) 335-9288

> The response to the motion will be filed by September 15, 2008. The Memorandum of Law may be up to 40 pages in length. Any reply will be filed by September 24, 2008.

7/17/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

**MEMO ENDORSED**