USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 1 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES P. COLLITON,

          Plaintiff,

-against-

ANNE MARIE DONNELLY et al.,

          Defendants.

No. 07 Civ. 1922 (LTS) (THK)

---

JAMES P. COLLITON,

          Plaintiff,

-against-

MICHAEL S. MORGAN et al.,

          Defendants.

No. 07 Civ. 8269 (LTS) (THK)

### ORDER

The Court is in receipt of a letter from plaintiff James P. Colliton ("Plaintiff"), dated April 6, 2009, which has been docketed as docket entry no. 61 in case no. 07 civ. 1922 and docket entry no. 33 in case no. 07 civ. 8269. Plaintiff's letter requests additional time to respond to a Memorandum Opinion and Order issued by Magistrate Judge Theodore H. Katz denying Plaintiff's motion for sanctions (the "Sanctions Order") (docket entry no. 60 in case no. 07 civ. 1922; docket entry no.32 in case no. 07 civ. 8269). It is hereby

Copies mailed/faxed to __All parties__
Chambers of Judge Swain    4-21-09

ORDERED, that Plaintiff is permitted an extension of time until **May 15, 2009**, to submit his objections to the Sanctions Order; it is further

ORDERED, that Plaintiff's submission shall not exceed twenty-five pages in length.

SO ORDERED.

Dated: New York, New York
April 21, 2009

LAURA TAYLOR SWAIN
United States District Judge