UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JAMES P. COLLITON,

          Plaintiff,

     -against-                             07 Civ. 1922 (LAK)

ANNE MARIE DONNELLY, et al.,

          Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The order dismissing the action [docket item 65] was entered in error and is hereby vacated. Plaintiff's objections, if any, to the recommendation remain due by July 1, 2009.

      SO ORDERED.

Dated:     June 16, 2009

                                                   Lewis A. Kaplan
                                              United States District Judge